NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JAMES A. BLUM
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Blum@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

CZ (Ceska Zbrojovka) P710C Pistol, Cal: 9, SN: C589182;
CZ (Ceska Zbrojovka) A01-LD Pistol, Cal: 9mm, SN: Z220323;
Sig-Sauer P320 M17 Pistol, Cal: 9, SN: M17116313;
Sig-Sauer P226 Legion Pistol, Cal: 9, SN: 47E039013;
Sig-Sauer P220 Legion Pistol, Cal: 45, SN: 37C004109;
Keltec, CNC Industries, Inc. Sub-2000 Rifle, Cal: 9, SN: FFBX46;
Heckler & Koch USP40 Tactical Pistol, Cal: 40, SN: 22-116190;
Sig Sauer P229 Legion Pistol, Cal: 9, SN: 55E030434;
Sig Sauer P226 Legion Pistol, Cal: 9, SN: 47E039012;
Sig-Sauer P938 Legion Pistol, Cal: 9, SN: 52E059697;
Sig-Sauer P220 X-Five Pistol, Cal: 45, SN: 37C006736;
Sig-Sauer P365 XL Pistol, Cal: 9, SN: 66A485390;

2:19-CV-2187-JAD-BNW

**Order for Summonses and Warrants of Arrest in Rem for the Property and Notice**

| | |
|---|---|
| 1 | Sig Sauer P320 X-Five Pistol, Cal: 9, SN: 58H045432; |
| 2 | Heckler & Koch HK45C Pistol, Cal: 45, SN: 216-016320; |
| 3 | CZ (Ceska Zbrojovka) CZ75 TS Czechmate Pistol, Cal: 9, SN: C316723; |
| 4 | CZ (Ceska Zbrojovka) Scorpion Evo 3 Pistol, Cal: 9, SN: C935907; |
| 5 | Colt Combat Elite Commander Pistol, Cal: 45, SN: CD000681; |
| 6 | Colt Combat Elite Defender Pistol, Cal: 45, SN: DF003416; |
| 7 | Colt Combat Elite Government Pistol, Cal: 45, SN: GV002891; |
| 8 | Arsenal Co. Bulgaria SAM7K Pistol, Cal: 762, SN: AE534217; |
| 9 | Heckler & Koch USP45 Tactical Pistol, Cal: 45, SN: 25-158992; |
| 10 | Heckler & Koch P30L Pistol, Cal: 9, SN: 213-028988; |
| 11 | Heckler & Koch P30L V3 Pistol, Cal: 9, SN: 213-026385; and |
| 12 | Heckler & Koch SP5 K Pistol, Cal: 9, SN: 215-008207, |
| 13 | Defendants. |

A Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions (Fed. R. Civ. P. Supp. Rule) G. The Court, having reviewed the Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the clerk shall issue Summonses and Warrants of Arrest in Rem for the Property, pursuant to Fed. R. Civ. P. Supp. Rule G(3)(b).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that a Summons and Warrant of Arrest in Rem for the Property issue against the above-named defendants (property);

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States seize, arrest, attach, take into custody, and retain the property;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action and the arrest be given by the United States on the United States' official internet forfeiture site, www.forfeiture.gov, for at least 30 consecutive days pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iv) which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of the Complaint for Forfeiture in Rem, this Order, the Summonses and Warrant of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest be personally served or sent by certified mail, return receipt requested, and regular mail to any person who reasonably appears to be a potential claimant on facts known to the United States before the end of the 60 day publication period which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States shall file proof of publication and service with the Clerk of this Court;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a person or an entity who asserts an interest in the defendant property must, pursuant to Fed. R. Civ. P. Supp. Rule G(5), file a verified claim, setting forth the person's or its interest in the property, that (a) identifies the specific property claimed, (b) identifies the claimant and states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury pursuant to 28 U.S.C. § 1746;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file the verified claim with the Clerk of the above-entitled Court no later than

35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, no later than 21 days after filing the verified claim;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must serve a copy of the verified claim and the answer at the time of each filing on James A. Blum, Assistant United States Attorney, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101.

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

DATED 1/17/2020

_____
UNITED STATES DISTRICT JUDGE